IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE DE ANN COX,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing duties and functions not reserved to the Commissioner of Social Security,

    Defendant.

No. C 16-07183 WHA

**ORDER TO SHOW CAUSE**

In this social security action, plaintiff moved to be awarded attorney's fees on June 27, 2018. Defendant's response was due by July 11 (Dkt. No. 23).

Because defendant has not yet filed a response, defendant must now **SHOW CAUSE** by **JULY 24 AT NOON** for why plaintiff's motion should not be granted.

**IT IS SO ORDERED.**

Dated: July 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE